## Williams *v.* Furlong Construction Co. et al., Appellants.

Argued December 15, 1967. *David L. Pennington,* with him *Liebert, Harvey, Bechtle, Herting and Short,* for appellants; *Herbert L. Floum,* for appellee.

Judgment affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.

March 1, 1968

## Arrow Distributing Co., Inc., Appellant, *v.* O'Neill et al.

Argued December 14, 1967. *Herman Blumenthal,* with him *Edward M. Rand,* for appellant; *Ralph B. Umsted,* for appellee.

Judgment affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.